# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of
## NEW CASES DOCKETED

A complete and accurate List of Cases and Decisions Filed and Disposed of in this Court.

The cases are Listed, Indexed and Annotated by back references to the place where they have formerly appeared, thus giving their complete record.

### INDEX OF CASES DOCKETED

Blackman v. Missman ................. 18928
Cambridge (City) v. Camb. Body Co.... 18922
Cramer et. v. Cohan ................ 18924
Detroit T. & I. Rd. v. Clark Co. (Com.). 18923
Emline v. Penna. Rd. Co. ............ 18921
Gettles v. Gillen ................... 18925
Indust. Com. v. Nagy ............... 18926
Terry v. McShaffrey Const. Co. ...... 18927

18921—William B. Emline v. Pennsylvania Railroad Co.; motion to Lucas Appeals to certify. Deeds & Cole, for plaintiff; Marshall & Fraser, for defendant; all of Toledo.

### January 19

18922—City of Cambridge v. Cambridge Body Mfg. Co. and John W. Little. Motion to Guernsey Appeals to certify. J. M. Smallwood, solicitor and B. F. Enos, Cambridge, for plaintiff; Charles S. Sheppard, Cambridge, for defendant.

### January 20

18923—Detroit, Toledo and Ironton Railroad Co. v. Commissioners of Clark County et al. Motion to Clark County Appeals to certify. Keiffer & Keiffer for plaintiff; Otto L. McKinney, Pros. Atty., for defendant; all of Springfield.

### January 21

18924—Nelson B. Cramer and Rebekah F. K. Cole, Admin. of J. K. Cole, v. Isadore M. Cohan; error to Hamilton Appeals. Julius R. Samuels and S. A. Headley, for plaintiffs; Bettman, Reisenberg, Cohen & Steltenpohl, for defendant; all of Cincinnati.

### January 22

18925—William A. Gettles v. Roy Gillen; In Quo Warranto. Joseph McGhee, Columbus.

### January 26

18926—Industrial Commission of Ohio v. Steve Nagy; motion to Montgomery Appeals to certify. C. C. Crabbe, Atty. Genl., and R. R. Zurmehly, Columbus, Albert H. Sharer, Pros. Atty., and Ralph E. Hoskot, Dayton, for plaintiff.

### January 27

18927—William K. Terry v. T. E. McShaffrey Construction Co.; motion to Summit Appeals to certify. Doyle & Lewis and W. H. McLellan, Jr., Toledo, and Mather, Nesbitt & Willkie, Akron, for plaintiff; Rockwell & Grant, Akron, for defendant.

### January 29

18928—Harry Blackman v. David Missman and Clara Shapiro; motion to Cuyahoga Appeals to certify. H. A. Blackman, Cleveland, for plaintiff; A. E. Emerman, Cleveland, for defendants.

## WEEKLY REPORT OF
## SUPREME COURT PROCEEDINGS
### Tuesday, January 27, 1925
#### GENERAL DOCKET

Hess v. Devou ...................... 18461

#### MOTION DOCKET

Boli v. Heskett ..........................18862
Cohagan v. Maxwell ................. 18861
Daily v. Maxwell .......................18860
Edson v. Edson .......................18859
Kossick v. Sharon Steel Hoop Co........18838
Lyle Pub. Co. v. Wright................18858
Schmitz v. Marvin .....................18852
Webb v. State .........................18863
Wilberforce Univ. v. Green ...........18786
Wilberforce Univ. (Trustees) v. Green..18790

#### GENERAL DOCKET

18461—John W. Hess v. William P. Devou et al; error to the Court of Appeals of Hamilton county. Judgement affirmed. Marshall, C. J., Day, Allen and Kinkade, JJ., concur. Dock 3-22-1924.

#### MOTION DOCKET

18786—Wilberforce University v. Grace Green et al. Motion for an order directing the Court of Appeals of Greene county to certify its record. Allowed. Dock 9-10-24, 2 Abs. 610; OS pend 2 Abs. 692.

18790—The Board of Trustees of the Combined Normal & Industrial Dep't., at Wilberforce University, v. Grace Green. Motion for an order directing the Court of Appeals of Greene county to certify its record. Allowed. Dock 10-2-24, 2 Abs. 610, see ante 18786.

18838—Andy Kossick v. The Sharon Steel Hoop Co. Motion by plaintiff to dispense with printing record. Allowed. Dock 11-28-24; mo. cer. sus. 3 Abs. 6.

18852—Jacob N. Schmitz et al. v. Frank B. Marvin et al. Motion for an order directing the Court of Appeals of Lorain county to certify its record. Overruled. Dock 12-9-24, 2 Abs. 770; OS Pend, 3 Abs. 37.

18858—The Lyle Publishing Co. v. Raymond A. Wright. Motion for an order directing the Court of Appeals of Columbiana county to certify its record. Overruled. Dock 12-6-24, 2 Abs. 770.

18859—In the Matter of Welcome Eugene Edson. Deceased. Flora L. Edson v. Mae F. Edson. Motion for an order directing the Court of Appeals of Seneca county to certify its record. Overruled. Dock 12-8-24, 2 Abs. 770; OS Pend, 3 Abs. 20.

18860—H. V. Dailey et al v. C A Maxwell et al. Motion for an order directing the Court of Appeals of Muskingum county to certify its record. Overruled. Dock. 12-12-24, 3 Abs. 2.

18861—S. L. Cohagan et al. v. C. A. Maxwell et al. Motion for an order directing the Court of Appeals of Muskingum county to certify its record. Overruled. Dock 12-12-24, 3 Abs. 2.

18862—Frank D Boli et al. v. Harry Heskett et al. Motion for an order directing the Court of Appeals of Muskingum county to certify its record. Overruled. Dock 12-12-24, 3 Abs. 2.

18863—E. E. Webb v. State of Ohio. Motion for an order directing the Court of Appeals of Stark county to certify its record. Overruled. Dock 12-12-24, 3 Abs. 2.